UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Kenny beane
509 N Jackson
street dix il 62830
_____ Plaintiff
v.
pam richardson
work address hous
ing Authority of Jeff
erson county po box 1547 109 shiloh drive mt vernon
il 62864
phone 618
244-5910-Fax
618 244-9439
_____ Defendant(s)

Case Number: 12-591-MJR/PMF
(Clerk's Office will provide)

**FILED**
MAY 07 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

N/A

**II. PARTIES**

Plaintiff:

A. Plaintiff, a citizen of Kennybeane (state), who resides at 509 N Jackson street dix il 62830 phone don't have Letter in the mail at m/ address, alleges that his/her civil rights were violated by the individual(s) named below.

Defendant #1:

B. Defendant pam richardson is employed as
   (a) (Name of First Defendant)
   N/A
   (b) (Position/Title)

Letter in mail at my address don't have phone

(10/2010)


Mt Vernon il 62864 phone
618 244-5910 fax 618 244-9439

with **housing Authority of Jeffer**
(c)    (Employer's Name and Address)
son county po box 1547 109 Shiloh drive

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☐ No

If your answer is YES, briefly explain:   N/A

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   N/A

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant _____N/A_____ is employed as
   (Name of Second Defendant)
   _____N/A_____
   (Position/Title)
   with _____N/A_____
   (Employer's Name and Address)
   _____N/A_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☐ No    N/A

If you answer is YES, briefly explain:

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   N/A

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). pam richarson in stop dep rived my 1 amendment freedom of speech right and my 2 amendment right to bear arms that means to protect my self

(10/2010)

**Defendant #3:**

D. Defendant ___*N/A*___ is employed as
(Name of Third Defendant)

___*N/A*___
(Position/Title)

with ___*N/A*___
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☐ No

If you answer is YES, briefly explain: *N/A*

Check one of the following:

☐ This defendant **personally participated** in causing my injury, and I want **money damages**. *N/A*

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

*N/A*

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary. *N/A*

(10/2010)

### III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?
   ☒ Yes ☐ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

   Plaintiff(s): These case number I am writing down

   Defendant(s):

2. Case number: beane v Kemp 3 11-cv-00 428 - drH-PMF beane v Keen 3 11-c v - 00 828 MJR

3. Name of Judge to whom case was assigned: dont rember PMF beane v riley

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): dont rember

definition means meaning of words definition evidence information definition information i's question definition questions words definition answers meaning of any words not A lie means dont rember might did not see it did not hear it not sure try my best forgot in less something comes up not willing knowing means di dnot see it or hear it ol opinions or N/A

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

the plaintiff Kenny beane The plaintiff unable to litigate and/or vindicate a constitutional 1 amendment right to freedom of speech and my 2 amendment right to bear arms that means to protect myself because of the negligent conduct of the defendant. pam richardson is responsible in violated and deprived of my 1 amendment right to freedom of speech and my 2 amendment right to bear arms that means to protect myself and us district court handle civil rights under us constitutional right under doctor us constitution dont know nothing w Job title your rights stop people from doing what they want pam richardson is responsible in letting us district court doth evil Job handle civil rights complaints under us constitution

(10/2010)

**V.  REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ __N/A__.

Punitive damages in the amount of $ __N/A__.

An ordering requiring defendant(s) to: __N/A__

A declaration that: I am seeking compensation on pam richardson, insurance on what the federal compensation law is pam richardson owes me compensation under federal law to work

Other:

**VI.  JURY DEMAND** (*check one box below*)

Plaintiff ☒ does or ☐ does not request a trial by jury.

Plaintiff trial by jury with my does request motion for appointment of counsel

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __5-7-12__ (date)

Signature of Plaintiff: *Kenny Beane*

__509 N Jackson Street__
Street Address

__dix il 62830__
City, State, Zip

Printed Name: __Kenny beane__

(10/2010)